UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Criminal No. 5:13-CR-111-3H
Civil No. 5:18-CV-551-H

BOBBY HAYES,                          )
                                      )
              Petitioner,             )
                                      )
     v.                               )              ORDER
                                      )
UNITED STATES OF AMERICA,             )
                                      )
              Respondent.             )


Having examined petitioner's motion pursuant to Rule 4(b) of the Rules Governing

§ 2255 Proceedings, the United States Attorney is DIRECTED to file an Answer pursuant

to Rule 5, Rules Governing § 2255 Proceedings, or to make such other response as

appropriate to the above-captioned § 2255 Motion to Vacate, Set Aside or Correct

Sentence, within **forty (40)** days of the filing of this order.

SO ORDERED. This 5 day of February, 2019.

MALCOLM J. HOWARD
SENIOR UNITED STATES DISTRICT JUDGE